UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **FAMILY CHRISTIAN, LLC** *et al.*[1] | **CASE NO. 15-00643-jtg** |
| | **(Jointly Administered)** |
| **Debtors.** | |
| _____ / | **HON. JOHN T. GREGG** |

### ORDER GRANTING DEBTORS' MOTION FOR ORDER (A) AUTHORIZING MODIFICATION OF CASE CAPTIONS AND (B) CLOSING THE BANKRUPTCY CASES OF FAMILY CHRISTIAN HOLDING, LLC AND FCS GIFTCO, LLC

Upon consideration of the Plan Administrator's *MOTION FOR ORDER (A) AUTHORIZING MODIFICATION OF CASE CAPTIONS AND (B) CLOSING THE BANKRUPTCY CASES OF FAMILY CHRISTIAN HOLDING, LLC AND FCS GIFTCO, LLC* [Docket No. 1245] (the "Motion") in the above-referenced bankruptcy cases (the "Cases"); Debtors' Motion was filed on September 29, 2015 along with a proposed Order granting the Objection and a Notice providing all interested parties an Opportunity to Object within 21 days of service and have a hearing; all the foregoing pleadings were served on September 29, 2015 to all parties on the Proof of Service; that the notice required that copies of any written objections be filed; that the U.S. Trustee filed its Objection on October 6, 2015 [DN 1259] and then withdrew the Objection on November 2, 2015 [DN 1328]; that 21 days have elapsed since service; and that no other written objections were received within 21 days after the date of service of the notice.; therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

A.  The Motion is GRANTED, as set forth herein.

B.  The Debtors in these cases shall be identified henceforth as follows:

---

[1] The Debtors are: Family Christian, LLC (Case No. 15-00643-jtg), Family Christian Holding, LLC (Case No. 15-00642-jtg), and FCS Giftco, LLC (Case No. 15-00644-jtg).

   (a) Family Christian, LLC shall be identified as FKA FC, LLC;

   (b) Family Christian Holding, LLC shall be identified as FKA FCH, LLC; and

   (c) FCS Giftco, LLC shall be identified as FCGC, LLC.

 C. All parties shall use the case captions as set forth on <u>Exhibit A</u> hereto.

 D. The Clerk of Court shall edit the Bankruptcy Court's CM/ECF database to reflect these changes. These edits shall include information sufficient to allow any search of the Bankruptcy Court's records to locate the Cases when using any of the search terms: Family Christian, LLC, Family Christian Holding, LLC, or FCS Giftco, LLC.

 E. The Clerk of Court is further directed to enter a final decree on the docket of Family Christian Holding, LLC (Case No. 15-00642-jtg) and FCS Giftco, LLC (Case No. 15-00644-jtg) and to close each of these bankruptcy cases. The bankruptcy case of Family Christian, LLC shall remain open until such time as the Plan Administrator files with the Bankruptcy Court such documents seeking the closing of this case as may be required by the Bankruptcy Code, the Bankruptcy Rules, and applicable orders of the Bankruptcy Court.

### **END OF ORDER**

Signed: November 5, 2015




John T. Gregg
United States Bankruptcy Judge

## EXHIBIT A

## NEW CASE CAPTIONS

**Family Christian, LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **FKA FC, LLC** *et al.*[1] | **CASE NO. 15-00643-jtg** <br> **(Jointly Administered)** |
| **Debtors.** / | **HON. JOHN T. GREGG** |

---

[1] The Debtors are: FKA FC, LLC (Case No. 15-00643-jtg), FKA FCH, LLC (Case No. 15-00642-jtg), and FCGC, LLC (Case No. 15-00644-jtg).

**Family Christian Holding, LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **FKA FCH, LLC** | **CASE NO. 15-00642-jtg** |
| **Debtor.** / | **HON. JOHN T. GREGG** |

**FCS Giftco, LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | CHAPTER 11 |
| FCGC, LLC | CASE NO. 15-00644-jtg |
| _____Debtor._____/ | HON. JOHN T. GREGG |